# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WALTER EMANNUEL MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>TAMILA JENSEN et al.,<br><br>Defendants. | No. CV 23-04642-VBF (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. Furthermore, the Court has conducted a de novo review of the objections that were filed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the Motions to Dismiss filed by Defendants (Dkts. 66, 67, 69, 70, 75) are granted and this case is dismissed with prejudice.

Date: August 19, 2024

/s/ Valerie Baker Fairbank
_____
Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge