# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WALTER EMANNUEL MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>TAMILA JENSEN et al.,<br><br>Defendants. | No. CV 23-04642-VBF (DFM)<br><br>JUDGMENT |

IT IS ADJUDGED that Defendants' Motions to Dismiss are granted and this action is dismissed with prejudice.

Date: August 19, 2024

/s/ Valerie Baker Fairbank
_____
HON. VALERIE BAKER FAIRBANK
Senior United States District Judge